# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

FABER HURTADO-OBREGON,                    Civil No. 24-3044 (JRT/TNL)

    Petitioner,

v.                                                      **ORDER**

UNITED STATES OF AMERICA,

    Respondent.

---

Faber Hurtado-Obregon, Reg. No. 60409-509, FMC Rochester, P.O. Box 4000, Rochester, MN 55903, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 28, 2024 (ECF No. 4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 24, 2024                s/John R. Tunheim
at Minneapolis, Minnesota               JOHN R. TUNHEIM
                                              United States District Judge